The People of the State of Illinois, defendant in error, v. Max Fensky, plaintiff in error. Gen. No. 6,777.

Conviction on charge of illegal sale of liquor and violation of Sunday closing law. Error to the County Court of DuPage county; the Hon. S. L. Rathje, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed June 29, 1920.

Charles E. Erbstein, Charles E. Selleck and Cameron Latter, for plaintiff in error. Charles W. Hadley, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

A. B. Maxwell, appellee, v. Martin H. McAllister, appellant. Gen. No. 6,794.

Assumpsit to recover an excess paid an undertaker for embalming. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed June 29, 1920.

Reynolds & Reckhow, for appellant. Roy F. Hall, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Emma Soedler, appellant, v. Chicago, Ottawa & Peoria Railway Company, appellee. Gen. No. 6,822.

Action to recover for personal injuries caused by runaway horse frightened by defendant's train. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed June 29, 1920.

Sucher & Moore and J. L. Murphy, for appellant. J. T. Hunter, G. H. Page and R. J. Kavanagh, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

E. R. Spencer, appellee, v. Luther Ridge, appellant. Gen. No. 6,832.

Action to recover for labor and materials furnished to repair a well drill. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed June 29, 1920.

H. A. Brooks, for appellant. Philip H. Ward, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.